

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Christopher C. Moore | ) Case No. 2:10cr203 |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U.S. District Court, Norfolk Division<br>600 Granby St.<br>Norfolk, VA 23510 | Courtroom No.: Magistrate Courtroom Two |
|---|---|
| | Date and Time: 03/02/2018 9:00 am |

This offense is briefly described as follows:

T.18:1349 - Conspiracy to Commit Credit Union Fraud [ORIGINAL CHARGE]

Date: 02/16/2018

/s/- AF
*Issuing officer's signature*

Robert G. Doumar, U.S. District Judge
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons      ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*