## SUPERVISED RELEASE / PROBATION INITIAL APPEARANCE VIOLATION HEARING

| | | | |
|---|---|---|---|
| Time Set: | 9:00 a.m. | Date: | March 2, 2018 |
| Started: | | Presiding Judge: | Douglas E. Miller, USMJ |
| Ended: | | Courtroom Deputy: | Cinque Jeneband |
| | | Reporter: | FTR |
| Split Time | ( ) | U.S. Attorney: | James Cole, SAUSA |
| | | Defense Counsel: | |
| | | ( ) Retained ( ) Court appointed ( ) AFPD | |
| | | Interpreter: | |
| | | Probation Officer: | |

Case Number: __2:10cr203__
USA v. __Christopher C. Moore__

- ( ) Defendant present ( ) in custody (✓) No appearance
- ( ) Initial Appearance ( ) Probation Violation ( ) Supervised Release Violation
- ( ) Defendant advised of rights, charges and right to counsel
- ( ) Counsel desired ( ) Financial Affidavit ( ) Directed ( ) Denied
- ( ) Court directed defendant to reimburse govt. at rate of $_____ per month to begin
- ( ) Defendant to retain: _____
- ( ) Government motion for detention
- ( ) Detention hearing set: _____
- ( ) Preliminary hearing set: _____
- ( ) Waiver of Detention Hearing
- ( ) Waiver of Preliminary Hearing
- ( ) Temporary Detention ( ) Temporary Detention Order Entered
- ( ) Detention Ordered
- ( ) Bond set at $ _____ conditions of supervision remain in effect
- ( ) Special Conditions of Release
- ( ) Defendant remanded to custody of U.S. Marshal
- ( ) Warrant returned executed
- ( ) Arraignment continued: _____ at _____ before Judge _____
  - ( ) Norfolk ( ) Newport News
- (✓) Summons to issue __3-16-18__ at __9:00 am__ (Dem-Mag two)
  - (✓) Norfolk ( ) Newport News
- ( ) Warrant to issue
- ( ) Arraignment _____ at _____ before Judge _____
  - ( ) Norfolk ( ) Newport News
- ( ) Violation Hearing _____ at _____ before Judge _____
  - ( ) Norfolk ( ) Newport News