**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Norfolk Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 2:10CR203 |
| | ) | |
| **CHRISTOPHER C. MOORE,** | ) | |
| | ) | |
| **Defendant** | | |

## NOTICE

This notice is to inform the Court that Stephen W. Haynie, Assistant United States Attorney for the Eastern District of Virginia, will be handling all matters in reference to the above-styled case.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By:      /s/
Stephen W. Haynie
Assistant United States Attorney
Virginia State Bar No. 30721
United States Attorney's Office
World Trade Center, Suite 8000
101 W. Main Street
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-3205
E-Mail Address - steve.haynie@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 2nd day of March, 2018, I filed via ECF a Notice of Appearance to the undersigned Counsel for the defendant, to the following:

Rodolfo Cejas  
Assistant Federal Public Defender  
150 Boush Street, Suite 403  
Norfolk, VA 23510  
757-457-0800

                                              By:                /s/  
                                                    Stephen W. Haynie  
                                                    Assistant United States Attorney  
                                                    Virginia State Bar No. 30721  
                                                    United States Attorney's Office  
                                                    World Trade Center, Suite 8000  
                                                    101 W. Main Street  
                                                    Norfolk, Virginia 23510  
                                                    Office Number - 757-441-6331  
                                                    Facsimile Number - 757-441-3205  
                                                    E-Mail Address - steve.haynie@usdoj.gov